# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 15-14010-CR-MARTINEZ/LYNCH

UNITED STATES OF AMERICA,

**Plaintiff,**

v.

JAY FREDRICK NAGEL,

**Defendant.**

_____/

FILED by _____ D.C.

APR 3 0 2015

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT PIERCE

## STIPULATED PROFFER OF FACTUAL BASIS FOR PLEA OF GUILTY

The United States of America and the defendant, Jay Fredrick Nagel, stipulate to the following proffer of a factual basis for the defendant's plea of guilty to Counts I, II and III of the indictment. These offenses allege that the defendant knowingly used facilities and means of interstate commerce to persuade, entice, induce, or coerce an individual under the age of eighteen to engage in sexual activity, in violation of 18 U.S.C. § 2422(b).

### I. Elements of the Offense

The United States must prove the following four elements beyond a reasonable doubt in order to convict the defendant of violating this section: (1) the defendant knowingly persuaded, induced, enticed, or coerced the victim to engage in sexual activity, (2) the defendant used a facility of interstate commerce to do so, 3) when the defendant did these acts, the victim was less than 18 years old, and 4) the defendant could have been charged with a criminal offense in Florida for engaging in such sexual activity, a violation of Florida Statute 800.04. See, e.g., United States v. Lee, 603 F.3d 904 (11th Cir. 2010); Eleventh Circuit Pattern Jury Instructions (Criminal) 92.2 (2010).

1

## II. Factual Basis

On August 15, 2014, Indian River County Sheriff's Office Detective Jeremy Shepherd interviewed C.R., a thirteen year old female. C.R. told Shepherd that in the last few months of 2013 she met someone she knew as Jonathan Langley through Facebook, a social media website. She began conversing with him through Facebook's private messaging service. [1] After communicating with him through Facebook for several weeks, Langley convinced her to meet him and they went to a local beach. Jonathan Langley was actually Jay Fredrick Nagel. After their initial meeting, Nagel continued to pursue an in-person meeting with C.R. through Facebook's messaging service. Their on-line conversations took on a sexual theme, and Nagel sent C.R. a nude photo of himself holding his erect penis. C.R. reciprocated by sending him a photo of herself wearing underwear. On April 22, 2014, he picked her up after she left her house without her parents' knowledge. She told Det. Shepherd that while she was in his car, he asked her if she wanted to see his penis. He then took her to the business where he worked in Indian River County, Mattress Firm, and they had sexual intercourse on a mattress in the store. C.R. reported that she and Nagel had sexual intercourse on two subsequent occasions between April and July, 2014. Each time, Nagel used Facebook's messaging service to arrange the meetings.

Det. Shepherd spoke to Nagel on August 15, 2014, at Nagel's residence. Nagel initially denied using a Facebook account in the name of Jonathan Langley. He also denied having a sexual relationship with C.R. When Det. Shepherd explained that he had already spoken to C.R., Nagel admitted that he did use a Facebook account under the assumed name of Jonathan Langley and that he had, in fact, engaged in sexual intercourse with C.R., whom he knew to be under the age of

---

[1] Facebook allows users to send private electronic messages to one another that are only visible to the intended recipient. See Ryan Ward, Discovering Facebook: Social Network Subpoenas and the Stored Communications Act, 24 Harv. J.L. & Tech. 563, 571 (2011).

eighteen years. Det. Shepherd asked him if he had communicated with other underaged girls through Facebook, and he replied that he had, although he did not know how many girls were involved. Nagel told Det. Shepherd, "I know it's wrong. I know I'm gonna get in trouble for it." Shepherd concluded the interview and told Nagel that he would be back in touch with him.

## A. COUNTS I AND II

Det. Shepherd served a search warrant on Facebook for the account of Jonathan Langley on August 19, 2014. Facebook provided private message content data for communications on Jonathan Langley's account between Nagel and C.R. for December 26, 2013, through June 16, 2014. The messages revealed that Nagel, who turned twenty-five years old on June 16, 2014, lied about his age to C.R. and clearly knew that C.R. was thirteen years old:

> C.R.: how old are you ?
>
> Nagel: 21, how old are you???
>
> C.R.: Uh oh
>
> C.R.: I'm ... 13
>
> Nagel: OH MY! Well it has been great talking! lol
>
> C.R.: Hahaha yeah..
>
> Nagel: get some miracle grow! lol

Nagel continued his online conversation with C.R.:

> Nagel: so you are fun to talk to. It isn't wrong just talking to you on here is it?
>
> C.R.: Nahh . I mean earlier you said " OH MY! Nice talking to you."
>
> Nagel: haha I know, but I'm glad I talked a little longer. Friendly conversation
> never hurt anyone!

3

C.R.: Truee it's nice to meet a genuinely nice person.

Nagel: That is me.

Later in the conversation, Nagel again acknowledges C.R.'s age:

Nagel: hey it happens! don't hate on yourself about it

C.R.: I'm thirteen dude
C.R.: He's 20

Nagel: that is a big age difference. I don't know what to say. I don't look down on you. It happens all the time. When I was 19 I had a g/f that was 14. She looked like she was 26 though

C.R.: That's a pretty big difference, I wish people didn't freak over age

Nagel: I mean I understand it sometimes. But each case is different. Some girls mature very fast and it is not as bad, as if it were with a girl that didn't mature as fast. I just don't know

Nagel: age is a touchy subject.

Nagel: but there are songs that say age ain't nothin but a number

Nagel: I mean when you are attracted to someone age doesn't matter

On January 2, 2014, Nagel sent C.R. a message asking her if she wanted to meet. He offered to "bring some greenery" to smoke. C.R. ended up going out with a friend and did not meet Nagel that night. On January 3, C.R. sent Nagel a photograph of herself while fully clothed. When Nagel responded that he liked the photograph, C.R. told him she was glad she did not accidentally send him something else instead. He asked her if she would like him to "accidentally" send her a photo, and she replied that she would. In her response she included a photograph of herself lying on a bed wearing underwear. Nagel then sent her a nude photograph, purportedly of himself, holding his erect penis. C.R. responded with a close-up photograph of the front of her underwear:

Nagel: girl you are getting me excited over here. You are very very attractive #sexay

Nagel: you seem to have a fabulous body. and I like that

Nagel: are you as fun in person as on facebook?

C.R.: But in reality I have bad anxiety and I'm shaky and awkward

Nagel: there is no need to be shaky and anxiety around me. I will be awkward enough so you will feel like a poised woman

C.R.: I have a 13 year old brain

Nagel: not a 13 year old body though! goooooddnesss

C.R.: Oh my lol

Nagel: it is the truth

C.R.: Youre far more attractive than me

Nagel: listen here little lady

Nagel: you are wrong

Nagel: you are absolutely beautiful

C.R.: I don't see it

Nagel: well I do and that is all that matters

C.R.: You're adorable

Nagel: you are gorgeous

C.R.: I'm not used to this compliment thing

Nagel: well if you are going to be talking to me on here or in person get use to it!

Nagel encouraged C.R. to sneak out of her parents' home to meet him that night. He offered a place where they could meet:

5

Nagel: I have a place we can go to and hang out

Nagel: it is called my work. I'm the store manager and we could like watch a movie or something on the computer haha

C.R. expressed some concern about meeting him in person, but Nagel tried to reassure her:

Nagel: I am 21. I am that guy from the pictures. I am not a wierdo. I don't know how else to prove it though

Nagel: don't you worry about me little lady. I haven't been with another girl in 7 months. And that is not just sexual, I mean like hanging out as well.

Nagel: But I tell you one thing I am excellent at.

Nagel: That is going down on a female.

C.R.: Woooooh

Nagel: You have not had sexual pleasure until a man knows what he is doing down there. Most men are only worried about themselves. This is an area, I again put the lady first!

Between January 3 and January 21, 2014, Nagel repeatedly asked C.R. to meet with him, although he professed to her that he was not interested in engaging in any sexual activities. On January 21, he did pick up C.R. and take her to a local beach, where they talked. C.R. told Det. Shepherd that nothing sexual occurred between her and Nagel on that day. Between that meeting and April 21 Nagel send messages through Facebook encouraging C.R. to meet him more than thirty times. On April 22 Nagel again encouraged C.R. to meet with him:

Nagel: What are you craving more? Me or cigs?

C.R.: You most definitely

Nagel: Ooo now I'm all tingly inside

Nagel: Im serious

C.R.: I really do want you

6

C.R.: Ughh that made me want you even more.

Nagel: So you sneaking out tonight or what?

C.R.: 8th and 43rd, my house is 707, but dont pull into my drive way park in the neighborhood in front. Which is 7th Street.

Nagel: Getting has then I'll be there in 5 minutes.

These messages corroborate C.R.'s account of when Nagel picked her up outside of her house and took her to the Mattress Firm for sexual activity. The Facebook messages between Nagel and C.R. the following day confirmed that they engaged in sexual activity:

Nagel: I want to know who taught you how to suck and ride a dick like that lol

C.R.: Like what ?

Nagel: I don't know. Just very very good at it

C.R.: Kinda taught myself. Actually your only like the second person I ever actually rode

Nagel: Well you're a good self teacher. I just got hard thinking about it lol

On April 27 Nagel again encouraged C.R. to meet with him for sexual activity:

Nagel: What do you wanna do??

C.R.: What do I wanna do?

Nagel: Haha yes. That was my question.

C.R.: Do I really have to answer yet.

C.R.: That *

Nagel: I would like to hear it.

C.R.: We don't have to go anywhere special I mean.

Nagel: What does that mean?

C.R.: What do you want it to mean.. -.-

C.R.: I wanna fuck you, okay? Lol

Nagel: Haha that is direct and to the point. I want to fuck you, and listen to drakes
Best I ever had. :) Lol

C.R.: Yippiee!!!

Nagel: So I didn't tell you but you probably already know this. But you have some
bomb ass pu**y! ;)

The Facebook messaging records show that Nagel continued to encourage C.R. to engage

in sexual activity with him. A sample of the messages sent by Nagel to C.R. during that time period

include the following:

4/27/2104     Nagel: I want you right now. Can you go for a walk?

5/12/2014     Nagel: Haha well I'm glad you like it. Do I get you off?

              C.R.: as soon as I sat on it, you were getting me off.

              C.R.: i didn't want to sit down and get your seat wet..lol

              Nagel: I could care less. I want you so bad. Damn you are turning

              me on.

5/12/2014     Nagel: Well meet me for 5 minutes and suck me off!

5/12/2014     Nagel: I don't like maybes. I can walk to your house so my car isn't

              there and fuck you in  your room.

              C.R.: I don't know if that's the best idea.. hahaha

              Nagel: It would be fine. No one would know. You know when your

              parents won't be there right?

8

C.R.: yeah they both leave in th a.m. but Idk.

C.R.: my bed is small and squeaky ahhaha

Nagel: Your floor. Your shower. I don't care. I'll come over as soon as they leave.

5/31/2014    Nagel: Got some time free? Like a ten minute blow session??

C.R.: Well tonight I could..

Nagel: Ok when?

Nagel: I want to have you on top of me.

6/06/2014    Nagel: I want to have you on top of me.

C.R.: mmmmmm me tooo!

Nagel: seriously, we need to get together soon. im like craving it.

6/09/2014    Nagel: you HAVE GOT TO COME TODAY

Nagel: I want you toooooo bad

6/12/2014    Nagel: Shut up. My REAL birthday is Monday. I have no idea how to change it on here haha. Can we PLEASE PLEASE PLEASE have birthday sex with each other?!?!

6/14/2014    Nagel: You should try and sneak out tonight.

## B. COUNT III

While reviewing the records for Nagel's Facebook account, Det. Shepherd noticed that Nagel had also been communicating with another female using the Facebook account name "Destiny Nicole." Nagel's messages to Destiny Nicole were sexual in nature, and Shepherd believed that Destiny Nicole was under the age of eighteen years because she mentioned in one of

9

the messages that she would need to sneak out of her house to meet him. Det. Shepherd learned that Destiny Nicole was the Facebook account name for thirteen year old A.L., a student at an Indian River County middle school. Shepherd interviewed A.L. at the school, and she told him that she met a person she believed to be Jonathan Langley through Facebook when she was twelve years old. As their online communications increased, they began to talk about having sexual intercourse and exchanged explicit photographs through an application called Snap Chat. Nagel, posing as Langley, encouraged her to meet with him for that purpose. On one occasion Nagel came to her residence while she was alone and performed oral sex on her. Although he wanted to have sexual intercourse with her, she declined. He became angry and left. Since that time Nagel had continued to contact her and encourage her to have sexual relations with him.

A review of Nagel's Facebook messages revealed the nature of his relationship with A.L. On June 2, 2014, Nagel exchanged the following messages with A.L.:

> Nagel: Are you ever going to be free?
>
> A.L.: Byee
>
> Nagel: What's wrong? What did I do?
>
> A.L.: Jk but can u bring me some food im really hungry and we can chill . Im with a friend tho
>
> Nagel: That works for me. What do you want? Where am I coming to? So no alone time :/ I want to see that body from those pictures up close lol
>
> A.L.: Wendys and this is the first time were chillin were NOT havin sex
>
> Nagel: I'll come whenever

Nagel later continued:

> Nagel: Ok, so you won't be mad if I accidentally pull my cock out will you?

10

Nagel: Leaving my place in a minute.

A.L.: Lol naa . Can u get me a sweet tea too please???

Nagel: Yes I will. Ok good, because it is going to. Hopefully your friend won't mind. Hopefully she won't see.

Nagel: Just you :)

A.L.: Lmaoo . Idc

Nagel: Ok lol. You won't touch it or anything?

A.L.: Idk

Nagel: No fun :/

A.L.: Maybe i will .. but its our first time hangin out lol well see ;)

In following messages Nagel claimed to have been pulled over by law enforcement on his way to see A.L., and told her the officer escorted him back to his house. He said he was unable to meet with her that night. Later that night, however, he apologized to her and engaged in the following conversation:

Nagel: I'm sorry if you are upset with me.. I want to try and see you again. When are you staying at a friends again?

A.L.: No im not mad at all im staying the night tonight and we might go to a party... Maybe

Nagel: Well I can come hang out when I get off work if you want?

Nagel: Ok. I mean we ca just chill. I have green

Nagel: Ok.. Well it is too late tonight, but I want to fuck

A.L.: Im not sure when i can get out again. Why not tonight?

Nagel: What is a good sized dick for you?

Nagel: I'm already in bed

11

A.L.: Ive already seen you dick and soo get up and come see me

A.L.: No . I have to go home tommrow im not gonna up at seven . If u wanna have sex then

Nagel: I can't tonight im in bed and get up early

On June 16, Nagel contacted A.L. again:

Nagel: I want to see that ass shaking first hand. can that happen?

A.L.: Yeahh .

Nagel: Sweet :)))

A.L.: (: س

Nagel: I want that ass on me girl

A.L.: I bett (:

A.L. went on to say:

A.L.: Ill try . You know how hard it is for me . But imm try my best. If i sneak out of my friends window when i come back can you put the screen back on her window for me??

Nagel: HAHA absolutely

A.L.: Lol alright . My friends only 15

Nagel: and you are too. i dont care

A few hours later Nagel told A.L., "you need to come home ASAP! I'm so horny for you."

Further conversation took place between the two through Facebook messaging on July 4, 2014:

A.L.: We can chill in the day . We should go to the beach or somthin .

Nagel: We can, or my place lol

A.L.: Okay

12

A.L.: But were not gonna have sex

Nagel: Pass.

A.L.: Wym

Nagel: I'll pass I guess. At least we tried.

A.L.: Wow . So you just wanted to hang out to have sex ?

Nagel: Well no. But that was a big reason. I've shown you my dick and I've seen your pussy so I just figured

A.L.: Yeah . But thats not the only reason i wanna chill . I showed you because i thought you would have more respect for me than to just fuck. I mean it would happen eventually but deffiently not the first time . weve never even hung out before .

Nagel: Ok

A.L.: So you dont wanna hang out cause we not gonna fuck??

Nagel: That's right

Undeterred, Nagel attempted to set up another meeting with A.L. on July 6:

Nagel: what are you waiting for?

Nagel: When.

Nagel: So..?

A,L.: Idk . When can you ?

Nagel: Right now lol

A.L.: Lol i cant it has to be when my gramma asleep .

Nagel: Which is what time at the earliest? No friends please, unless there is a 3-some 100%

A short time later, Nagel typed: So you gonna let me get it?

Later that night, Nagel sent the following messages to A.L.:

13

Nagel: I don't get off till 8 though

Nagel: can we hang then?

Nagel: and do what we have talked about?

A.L.: probally .

Nagel: your friend going to be with you?

A.L.: Yeah

Nagel: 3-some?

A.L.: Shes not like that .

Nagel: Well shell ruin it for us.

On July 13, 2014, Nagel sent a message to A.L. saying "I want you." A.L. told him that her grandmother was leaving in the morning and he could come over around 7:30 AM on July 14th. Nagel then discussed what he would do when he arrived:

Nagel: Can we take a shower together or what do you wanna do?

A.L.: I ain takin a shower tomorrow mornin i just took one and yes fs .

Nagel: Ok. So what do you want to do?

A.L.: What ever you want .

Nagel: Send me a picture of that ass :) so sexy!!!

Nagel: Well it is completely up to you. I can come straight in and get naked if it is up to me lol

A.L.: Youll see tomorrow . Im already layin down . And alright its w.e .

The subsequent Facebook messages confirmed that Nagel arrived and A.L. gave him the gate code to enter the apartment complex. The messages corroborate A.L.'s statement to Det.

14

Shepherd about Nagel coming to her apartment and engaging in sexual activity with her. According to A.L., she refused to have sexual intercourse with Nagel after he performed oral sex on her, and he left angry with her. On July 27, 2014, Nagel contacted A.L. and typed:

      Nagel: well I'm trying to fuck again!

On August 11, 2014, Nagel again expressed his sexual interest in A.L.:

      Nagel: I want to go deep, I want to hit it from behind, and watch you take my whole
          dick in your mouth.

On August 14, 2014, Nagel again encouraged A.L. to engage in sexual activity with him:

      Nagel: Oh. When do I see you again?

      A.L.: Idk . When can you ?

      Nagel: Asap

      A.L.: But u work sooo

      Nagel: So when can you?

      A.L.: At night but we cant stay here n do it ..

      Nagel: I have a house and im sure I can just find somewhere close to you at the very
          least

      A.L.: I can come to ur house ?

      Nagel: Yea lol. It is just a little far away from you is the thing

      A.L.: How far ?

      Nagel: It is like 20 minutes from you

      A.L.: Ooh . But like i dont really wanna fuck inna truck

      Nagel: We wouldn't. More like outside.

A.L.: No !

Nagel: Well then you would either have to stay the night or come over earlier

A.L.: Ok

Nagel: What are you doing tonight?

A.L.: Nun

Nagel: So lets hook up

Based upon his investigation, Det. Shepherd obtained arrest warrants for Nagel on August 21, 2014. After arresting him at the Mattress Firm store, Shepherd interviewed Nagel at the Indian River County Sheriff's Office. Nagel responded with an affirmative nod of the head when Shepherd asked him if he had performed oral sex on A.L., but had not had sexual intercourse with her. Nagel further admitted that he did not know how many females under the age of eighteen years he had solicited for sex through Facebook.

Department of Homeland Security Special Agent Brian Ray verified that Facebook maintains its servers in Iowa, North Carolina, Oregon, and California.

Stipulated to by:

_____
Jay Fredrick Nagel
Defendant

_____
Panyotta Augustin-Birch
Assistant Federal Public Defender
Southern District of Florida
109 North 2nd Street
Fort Pierce, FL 34950
Email: panayotta_augustin-birch@fd.org
Attorney for Defendant

16

_____
Ryan L. Butler
Special Assistant United States Attorney
United States Attorney's Office
101 South U.S. Highway 1, Suite 3100
Fort Pierce, Florida 34950
Email: rbutler@sao19.org
Attorney for the United States of America