UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 15-14010-CR-MARTINEZ/LYNCH

UNITED STATES OF AMERICA

    Plaintiff,

vs.

JAY FREDRICK NAGEL,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch Jr, on April 23, 2015. A Report and Recommendation was filed on April 30, 2015, [ECF No. 31], recommending that the Defendant's plea of guilty be accepted. The parties were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has reviewed the entire file and record and notes that no objections have been filed. After careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the Report and Recommendation [ECF No. 31], of United States Magistrate Judge Frank J. Lynch Jr, is hereby **AFFIRMED and ADOPTED** in its entirety.

The Defendant is adjudged guilty to the Indictment, which charges the Defendant with three counts of knowingly persuading, inducing, enticing, or coercing a minor, through facilities and means of interstate commerce, to engage in illegal sexual activity, in violation of Title 18, United States Code, Section 2422(b).

**DONE AND ORDERED** in Chambers at Miami, Florida, this 21 day of May, 2015.

                              JOSE E. MARTINEZ
                              UNITED STATES DISTRICT JUDGE

Copied:
Hon. Magistrate Lynch
All Counsel Of Record