UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-14010-CR-MARTINEZ/LYNCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JAY FREDERICK NAGEL,

    Defendant.

_____/

**OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT (PSI)**

Defendant, Jay Frederick Nagel, by and through his undersigned counsel, submits the following objections to the Presentence Investigation Report (hereinafter referred to as the PSI):

1.    As to paragraphs 31-32, 57-58 the PSI recommends that each count represents separate and distinct harm and is not subject to grouping rules in § 3D1.2(a)-(d). The PSI enhances the adjusted offense level by 3 levels. It is Defendant's position that since Counts One and Two involve the same victim (identified as C.R.), both of those counts should be grouped together.

2.    As to paragraph 103, based upon the foregoing, Defendant's total offense level is 38, with a criminal history category II, Defendant's advisory guideline sentence is 262 to 10 327 months imprisonment.

Respectfully submitted,

MICHAEL CARUSO
FEDERAL PUBLIC DEFENDER

*s/ Panayotta Augustin-Birch*
Panayotta Augustin-Birch
Assistant Federal Public Defender
Florida Bar No. 359970
109 North Second Street
Fort Pierce, Florida 34950
Tel: 772-489-2123
Fax: 772-489-3997
E-Mail: panayotta_augustin-birch@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on July 17, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:   *s/ Panayotta Augustin-Birch*
        Panayotta Augustin-Birch

## SERVICE LIST

### UNITED STATES OF AMERICA v. JAY FREDERICK NAGEL
Case No. 15-14010-CR-MARTINEZ/LYNCH
United States District Court, Southern District of Florida

**Panayotta Augustin-Birch**
**Assistant Federal Public Defender**
109 North Second Street
Fort Pierce, FL 34950
Tel: 772-489-2123
Fax: 772-489-3997
Email: panayotta_augustin-birch@fd.org
Notices of Electronic Filing

**Ryan Butler**
**Special Assistant United States Attorney**
United States Attorney's Office
101 South U.S. Hwy 1, Suite 3100
Fort Pierce, Florida 34950
Tel: 772-462-1300
Email: rbutler@sao19.org
Notices of Electronic Filing

**Diana Margarita Acosta**
**Assistant United States Attorney**
United States Attorney's Office
101 South U.S. Hwy 1, Suite 3100
Fort Pierce, Florida 34950
Tel: 772-293-0981
Fax: 772466-1020
Email: diana.acosta@usdoj.gov
Notices of Electronic Filing

**Edward Cooley**
**United States Probation Officer**
United States Probation Office
101 South U.S. Hwy 1, Suite 3100
Fort Pierce, Florida 34950
Tel: 772-467-2360
Fax: 772-467-2379