UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 15-CR-14010-MARTINEZ/LYNCH

UNITED STATES OF AMERICA,

        **Plaintiff,**

vs.

JAY FREDRICK NAGEL,

        **Defendant.**

_____/

## GOVERNMENT'S NOTICE OF FILING

The United States of America, by and through the undersigned Special Assistant United States Attorney, files the attached letter for the Court's consideration at sentencing.

        Respectfully submitted,

        WIFREDO A. FERRER
        UNITED STATES ATTORNEY

        By:
        s/Ryan L. Butler
        Ryan L. Butler (S.D. Bar #A5501914)
        Special Assistant United States Attorney
        101 S. U.S. Hwy 1, Suite 3100
        Fort Pierce, Florida 34950
        TEL: 772-466-0899
        FAX: 772-466-1020
        Attorney for Plaintiff U.S.A.
        Email: rbutler@sao19.org

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                            s/Ryan L. Butler
                                            Ryan L. Butler
                                            Special Assistant United States Attorney

## SERVICE LIST

Ryan L. Butler
Special Assistant
United States Attorney
101 South U.S. Highway 1, Ste. 3100
Fort Pierce, Florida 34950
Telephone: (772) 466-0988
Facsimile: (772) 466-1020
rbutler@sao19.org
Attorney for the United States
Method of Service:   CM/ECF

Diana Acosta
Assistant United States Attorney
101 South U.S. Highway 1, Ste. 3100
Fort Pierce, FL 34950
Telephone: (772) 466-0988
Facsimile: (772) 466-1020
Diana.acosta@usdoj.gov
Attorney for the United States
Method of Service:   CM/ECF

Panayotta Augustin-Birch
Assistant Federal Public Defender
109 North Second Street
Fort Pierce, FL 34950
Telephone: (772) 489-2123
Facsimile: (772) 489-3997
panayotta_augustin-birch@fd.org
Attorney for Defendant
Method of Service: CM/ECF