August 22, 2015

Honorable Judge Martinez,

I wanted to be here in person today, but with the change in date my work schedule would not allow it. The impact that this event has had on my daughter has been devastating. It's hard enough being a 13 year old girl. The transition between childhood and adulthood is difficult. The need to fit in and be accepted is overwhelming. It was during this time that we discovered that my son was using drugs. This was afflicting to my daughter. She would come home to find that her brother had broken in once again to steal anything he could find of value. She was always very close with her brother and this left her feeling betrayed and violated. It also opened her up to become the victim of someone who would use her grief to exploit her for his own gratification.

My daughter has been in therapy because of this. She has worked very hard to get through this, but it will always be there. She lives with fear, fear that one of the other victim's that knows her might tell someone or that someone at school may find out. She lives with embarrassment, embarrassment that she opened herself up to someone who didn't care about her at all and was only using her. She lives with anguish, anguish because she worries that she has disappointed her father and I. This does not go away when this case is closed. These effects are everlasting.

Respectfully,

███████