UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 15-14010-CR-MARTINEZ

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JAY FREDRICK NAGEL,

        Defendant.
_____/

## NOTICE OF APPEAL

Notice is hereby given that Jay Fredrick Nagel, defendant in the above named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the final judgment and sentence entered in this action on the 27th day of August, 2015.

Respectfully submitted,

MICHAEL CARUSO
Federal Public Defender

By:    s/Panayotta Augustin-Birch
Assistant Federal Public Defender
Florida Bar No. 359970
109 North 2nd Street
Fort Pierce, Florida  34950
(772) 489-2123 - Telephone
(772) 489-3997 - Fax
*Panayotta\_Augustin-Birch@FD.org*

**CERTIFICATE OF SERVICE**

I HEREBY certify that on September 10, 2015September 10, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By   s/Panayotta Augustin-Birch

## SERVICE LIST

**UNITED STATES OF AMERICA V. JAY FREDRICK NAGEL**
**CASE NO. 15-14010-CR-MARTINEZ**
United States District Court, Southern District of Florida

Panayotta Augustin-Birch
panayotta_augustin-birch@fd.org
Assistant Federal Public Defender
109 North Second Street
Fort Pierce, FL 34950
Tel: 772-489-2123
Fax: 772-489-3997
Attorney for Jay Fredrick Nagel
Notices of Electronic Filing

**Ryan Butler**
**Special Assistant United States Attorney**
United States Attorney's Office
101 South U.S. Hwy 1, Suite 3100
Fort Pierce, Florida 34950
Tel: 772-462-1300
Email: rbutler@sao19.org
Notices of Electronic Filing

**Diana Margarita Acosta**
**Assistant United States Attorney**
United States Attorney's Office
101 South U.S. Hwy 1, Suite 3100
Fort Pierce, Florida 34950
Tel: 772-293-0981
Fax: 772466-1020
Email: diana.acosta@usdoj.gov
Notices of Electronic Filing